Viejo y Rodríguez, sociedad civil en liquidación, peticionaria, *v.* Corte de Distrito de San Juan, Hon. Pablo Berga, Juez, demandado.

No. 502.—*Visto:* Diciembre 21, 1925. *Resuelto:* Enero 12, 1926.

Certiorari—Naturaleza y Fundamentos del Remedio—Existencia de Otro Recurso Ordinario en Ley.—Mientras existe el remedio de apelación no procede el extraordinario de *certiorari* a menos que circunstancias especiales exijan una resolución rápida para evitar *verdaderos* perjuicios. (*Muñoz v. Corte,* 31: 820, y *Acha v. Corte,* 31: 153, seguidos.)

Certiorari para revisar resolución de *Pablo Berga,* J. (San Juan), negándose a ordenar la posesión de fincas adjudicadas en procedimiento hipotecario. *Anulado el auto expedido.*

*Jacinto Texidor,* abogado de la peticionaria; *Luis Muñoz Morales* y *Antonio Suliveres,* abogados de la parte demandada en el pleito principal.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Por virtud de un auto de *certiorari* que libramos a instancia de los demandantes en un procedimiento ejecutivo hipotecario seguido en la Corte de Distrito de San Juan tenemos ante nosotros dicho procedimiento original.

En la solicitud para que expidiéramos el auto se alegó que las dos fincas hipotecadas, una urbana y otra rústica, fueron adjudicadas al acreedor en subasta celebrada el 24 de agosto de 1925; que el 2 de septiembre el márshal dió al adjudicatario posesión parcial de las fincas, siendo parcial porque en la finca rústica había una casa pequeña ocupada y una parte de la finca cercada; que la corte inferior se ha negado después a ordenar que al adjudicatario se le dé posesión de las fincas y que aunque esa resolución es apelable

tal remedio no es rápido y adecuado porque no impide que los demandados continúen en el disfrute y uso de las fincas y que causen daños en ellas.

En la vista del auto comparecieron los demandados por su abogado y solicitaron que anulásemos el auto expedido.

Resulta de los autos que la resolución de la corte inferior negándose a ordenar la posesión de las fincas adjudicadas en la subasta fué apelada por la parte ejecutante y adjudicataria de ellas el 18 de noviembre de 1925, antes de que nos presentara la petición de *certiorari* para que la revisemos, y aunque expedimos el auto, sin embargo, creemos preferible resolver en la apelación las cuestiones que envuelve la negativa de la corte inferior porque tendremos la ayuda de alegatos escritos de las partes y porque, como regla general, mientras exista el remedio de apelación no procede el extraordinario de *certiorari,* a menos que circunstancias especiales exijan una resolución rápida para evitar verdaderos perjuicios (*Muñoz* v. *Corte de Distrito de Ponce,* 31 D.P.R. 820, y *Acha* v. *Corte de Distrito de Ponce,* 31 D. P.R. 153), y los que se alegan en este caso no nos parecen suficientes teniendo en cuenta la ambigüedad de la petición y lo que resulta de los autos en cuanto a la posesión de las fincas, porque si bien solicita el peticionario que se le dé posesión de la finca urbana y de la rústica dice que el márshal le dió posesión de ellas pero sólo parcial en cuanto a la finca rústica por tener una pequeña casa ocupada y una parte de la finca cercada, por lo que si los perjuicios se refieren a la pequeña casa y a la parte cercada de la finca nos parece que no resultan de tal importancia que hagan que nos desviemos de la regla general a que nos hemos referido, *por lo que el auto expedido debe ser anulado.*